In re:                                                      Case No. 18-03776-RNO
Jerry L Hernandez                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 1          Date Rcvd: Mar 20, 2020
                           Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
                +MARQUIS STAFFING,   ATTN: CAROLINA SANTIAGO,    220 DAVIDSON AVE STE 102,
                 SOMERSET, NJ 08873-4414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center on
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Freedom Mortgage Corp.  bkgroup@kmllawgroup.com
          Jerome B Blank    on behalf of Creditor    Freedom Mortgage Corporation pamb@fedphe.com
          Mario John Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pamb@fedphe.com
          Thomas  Song   on behalf of Creditor    Freedom Mortgage Corporation pamb@fedphe.com
          Timothy B. Fisher, II    on behalf of Debtor l Jerry L Hernandez donna.kau@pocono-lawyers.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
                                                                          TOTAL: 8

## UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:                 :      Chapter **13**

Jerry Hernandez        :

          Debtor      :      Case No**: 5:18-bk-03776 RNO**

                               :

---

### <u>ORDER TO PAY TRUSTEE</u>

Upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is hereby **ORDERED** that until further Order of this Court:

Marquis Staffing
220 Davidson Avenue
Suite 102
Somerset, NJ 08873
Attn: Carolina Santiago

Shall deduct from said Debtor's income the sum of **$79.19** from each **weekly** paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic lump sum payment as a result of vacation, termination, or any benefits payable to above debtor and shall remit the deducted sums as follows:

| Payee | Amount per Weekly paycheck | Memo Line Text |
|---|---|---|
| Charles J. DeHart, III, Esquire<br>PO Box 7005<br>Lancaster, PA 17604 | <u>$79.19</u> | <u>Case No</u>: **5:18-bk-03776** |

**IT IS FURTHER ORDERED** that the checks issued pursuant to this Order shall be sent to each payee on the same date that the Debtor is paid, and that the face of the payee's check shall include the corresponding text set forth in the column labeled "Memo Line Text" in the above chart. This Order shall be binding upon any successor in interest to Respondent. Respondent shall increase, reduce, or discontinue the aforementioned deductions upon written certification from Movant's counsel that an increase, reduction, or discontinuation, as applicable is required.

Dated:    March 20, 2020        By the Court,

                                       *Robert N. Opel II*

                         Robert N. Opel, II, Bankruptcy Judge  (DG)