United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Jerry L Hernandez

    Debtor

Case No. 18-03776-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2021 | Form ID: pdf010 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerry L Hernandez, 104 Glade Terrace, East Stroudsburg, PA 18301-6650 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5105373 | + | Carriage House Country Club, Route 314, P.O. Box 125, Pocono Manor, PA 18349-0125 |
| 5105374 | + | Cenlar, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5105376 | | Computer Credit Inc, PO Box 5238, Winston Salem, NC 27113-5238 |
| 5105382 | + | Freedom Mortgage, 907 Pleasant Valle, Ste 3, Mount Laurel, NJ 08054-1210 |
| 5130515 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 5105383 | + | Geico Indemnity Company, One GEICO Plaza, Washington, DC 20076-0005 |
| 5105384 | + | I C Systems Collections, 444 Hwy 96 E, St. Paul, MN 55127-2557 |
| 5105385 | + | IC Systems Collections, 444 Hwy 96 E, St. Paul, MN 55127-2557 |
| 5105388 | + | Lessing Oil and Propane Co., P.O. Box 158, Wind Gap, PA 18091-0158 |
| 5105389 | + | Mortgage Electronic Registration, Systems, Inc., 9990 Richmond, Suite 400, Houston, TX 77042-4546 |
| 5105391 | + | Nicholas Haros, Esquire, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5105392 | + | Penn Estates POA, 304 Cricket Drive, East Stroudsburg, PA 18301-8996 |
| 5111038 | + | Penn Estates Property Owners Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5105393 | + | Pocono Medical Center, 206 East Brown Street, East Stroudsburg, PA 18301-3094 |
| 5105395 | + | Ratchford Law Group, 409 Lackawanna Ave., Ste 320, Scranton, PA 18503-2062 |
| 5105397 | # | Trans-Continental Credit, P.O. Box 5055, White Plains, NY 10602-5055 |
| 5131131 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 5105398 | + | US Dept of Education/GLE, 2401 International, P.O.Box 7859, Madison, WI 53707-7859 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ebnnotifications@creditacceptance.com | Jul 14 2021 18:44:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5121808 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 14 2021 18:44:18 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5105371 + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 14 2021 18:44:22 | Capital One Bank USA NA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 5105372 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 14 2021 18:44:22 | Capital One Visa, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 5105375 + | Email/Text: mediamanagers@clientservices.com | Jul 14 2021 18:44:00 | Client Services, Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 5105377 + | Email/Text: convergent@ebn.phinsolutions.com | Jul 14 2021 18:45:00 | Convergent Outsourcing, 800 SW 39th St, P.O. Box 9004, Renton, WA 98057-9004 |
| 5105378 + | Email/Text: ebnnotifications@creditacceptance.com | Jul 14 2021 18:44:00 | Credit Acceptance Corp, 25505 W 12 Mile Road, Southfield, MI 48034-8316 |
| 5105379 | Email/Text: bankruptcy_notifications@ccsusa.com | | |

|  |  | Jul 14 2021 18:45:00 | Credit Collection Services, P.O. Box 55126, Boston, MA 02205-5126 |
| 5105380 | + Email/Text: G06041@att.com | Jul 14 2021 18:45:00 | Directv Corporate Office & Hdqs, 2230 E. Imperial Hwy, El Segundo, CA 90245-3504 |
| 5105381 | + Email/Text: bknotice@ercbpo.com | Jul 14 2021 18:45:00 | ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 5105386 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 14 2021 18:45:00 | Jefferson Capital Systems, 16 McCleland Road, Saint Cloud, MN 56303 |
| 5105387 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 14 2021 18:45:00 | Jefferson Capital Systems, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 5132255 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2021 18:44:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5105390 | + Email/Text: Bankruptcies@nragroup.com | Jul 14 2021 18:45:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5105394 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2021 18:44:26 | Portfolio Recovery Assoc., P.O. Box 12914, Norfolk, VA 23541 |
| 5105396 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 14 2021 18:44:22 | Secretary of Housing & Urban Develo, 451 7th STreet, SW, Washington, DC 20410-0001 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021                      Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corp. bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Freedom Mortgage Corp. bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com mario.hanyon@brockandscott.com |

Thomas Song
        on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

Timothy B. Fisher, II
        on behalf of Debtor 1 Jerry L Hernandez donna.kau@pocono-lawyers.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov

William E. Craig
        on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :        CHAPTER 13
JERRY L. HERNANDEZ                  :
              Debtor        :        CASE NO.  5:18-bk-03776 HWV
                                                    :

### ORDER GRANTING VOLUNTARY DISMISSAL

AND NOW on the motion of Debtor, **Jerry L. Hernandez,** for an Order granting his

request to voluntarily dismiss the pending Chapter 13 bankruptcy case, it is

ORDERED that the Chapter 13 case is hereby dismissed.

Dated:  July 14, 2021                    By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)