Fill in this information to identify the Fill in this information to identify the case:

Debtor 1    Jerry L. Hernandez

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number    18-03776 RNO

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corp.

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 1788

**Date of payment change:**
Must be at least 21 days after date of this notice        12/01/2020

**New total payment:**        $718.58
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $620.87        New escrow payment: $453.18

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $_____        New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____        New mortgage payment: $_____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

Case 5:18-bk-03776-HWV    Doc    Filed 11/06/20    Entered 11/06/20 11:50:15    Desc
Document ID: fa7f530e4320e732ca7d2c5159a87aec19c4e37b7fb9258bad780f40f16f4c3f
Main Document    Page 1 of 2

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Brian C. Nicholas*        Date   11/06/2020
Signature
Brian Nicholas
06 Nov 2020, 11:18:56, EST

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>    <u>Market Street, Suite 5000</u>
Number    Street
Philadelphia,        PA    19106
City        State    ZIP Code

Contact phone   (215) 627–1322      Email   bkgroup@kmllawgroup.com

Official Form 410S1      **Notice of Mortgage Payment Change**      page 2

Case 5:18-bk-03776-HWV    Doc    Filed 11/06/20    Entered 11/06/20 11:50:15    Desc
Document ID: fa7f530e4320e732ca7d2c5159a87aec19c4e37b7fb9258bad780140f16f4c3f    Main Document    Page 2 of 2